UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No.: 13-CV-2691 (JNE/KMM)

United States of America, ex rel., and
Robert A. Dicken, Relator,

        Plaintiffs,

v.                                                                                      ORDER

Northwest Eye Center, P.A.,
Christopher J. Borgen
and Eric M. Tjelle,

        Defendants.

    Based on the Joint Stipulation of Dismissal [Dkt. No. 133] and on all the files records and proceedings herein, the Court hereby **ORDERS** as follows:

This action is dismissed with prejudice as to all claims of Relator in this action; with prejudice as to the United States as to the Covered Conduct in the parties' Settlement Agreement; and otherwise without prejudice as to the United States.

Dated:  October 12, 2018

                                                    s/ Joan N. Ericksen
                                                    JOAN N. ERICKSEN
                                                    United States District Judge